PHIL TALBERT
Acting U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | ) <br> ) | CR NO.  11-355-WBS |
| v. | ) <br> ) | |
| MATTHEW GENE BALLARD,<br>　　　　Defendant. | ) <br> ) <br> ) | |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | ) <br> ) | CR NO.  16-102-GEB |
| v. | ) <br> ) | |
| MATTHEW GENE BALLARD,<br>　　　　Defendant. | ) <br> ) <br> ) | MOTION TO RELATE CASES<br>AND (PROPOSED) ORDER |

Under Local Rule 83-123(f), the United States notifies this Court of the filing of a related case and the United States further moves that the case be related.  The United States further moves that this Court (1) vacate status hearings on 6/23/16 before the Hon. Wiliam B. Shubb and (2) place each matter on the calendar of Hon. Garland E. Burrell on 5/27/16.

I

On 4/8/16, a complaint (Mag No 16-077) was issued against defendant Ballard.  Although the complaint was set for preliminary examination on 5/16/16, with the consent of Ballard -- by and through AFD Matthew Bockmon, counsel for Ballard -- on 5/16/16 an Information was filed.  The Information (Cr 16-0102) and the charges therein against Ballard was randomly assigned to Judge Burrell.  On 5/16/16, Ballard waived Indictment and was arraigned on the charges contained in the

Motion to Relate Cases and Order (proposed)　　　　　　　　　　　　　　　　　　　　　1

5/16/16 Information.  Presently, Cr 16-0102-GEB is scheduled on the 5/23/16 calendar of Judge Shubb.

Earlier, on 12/22/15, the U.S. Probation Office filed a probation violation petition initiating supervision revocation proceedings in case number Cr 11-0355 against Ballard.  Cr 11-0355 was assigned to Judge Shubb.  Ballard entered admissions to charges 1 and 2 of the petition and the matter was continued for disposition and further status re remaining charges.  On 4/18/16, the violation petition was superseded with additional charges.  The status hearing for the superseding violation petition (with its additional charges) is also scheduled on 5/23/16 before Judge Shubb.

## II

Following Local Rule 83-123(f), the United States, with the stipulation and agreement of Ballard (by and through his counsel, AFD Matthew Bockmon), hereby moves that the earlier case, namely the superseding violation petition against Ballard in Cr. 11-0355 be related to the new action against Ballard in Cr 16-102, thereby bringing all matters before Judge Burrell.[1]  The United States, also with the consent of Ballard, further moves that this Court vacate the status hearing set for 5/23/16 before Judge Shubb and place each matter on the calendar of Judge Burrell for status hearing on 5/27/16.  The United States submits, in accordance with EDCA local rules, that there is nothing complex or extraordinary about the supervised release violation petition charges that compels the original sentencing judge in Cr 11-0355 to retain the matter.  Moreover, relating the earlier supervised release violation petition in Cr 11-0355 with the new action in Cr 16-0102 would be efficient for district court personnel and the U.S. Probation Office.

PHIL TALBERT
Acting US Attorney

/s/ Michelle Rodriguez  (5/17/16)
_____
MICHELLE RODRIGUEZ
Assistant United States Attorney

---

[1]  The United States thus moves to withdraw its prior motion to relate cases.  See ECF 49, Cr 11-0355.  This earlier motion, contrary to local rule, erroneously sought (to relate the new action with the earlier action) to bring all matters before Judge Shubb.

Motion to Relate Cases and Order (proposed)                                                                 2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　v.<br>MATTHEW GENE BALLARD,<br>　　　Defendant. | CR NO.  11-355-WBS |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　v.<br>MATTHEW GENE BALLARD,<br>　　　Defendant. | CR NO.  16-102-GEB<br><br>ORDER RELATING Cr 11-355 WITH Cr 16-102 AND DIRECTING THE CLERK OF THE COURT TO (1) VACATE STATUS HEARINGS ON 6/23/16 BEFORE HON. WILIAM B. SHUBB AND (2) PLACE EACH MATTER ON CALENDAR OF HON. GARLAND E. BURRELL ON 5/27/16 |

　　　　Examination of the above-captioned matters, to wit, (1) case number CR. S-11-0355-WBS against Ballard, and (2) CR. S-16-0102-GEB against Ballard, reveals that the actions are related within the meaning of Local Rule 83-123(f).  Since the earlier action, Cr 11-0355 arises from a supervised release violation petition and superseding violation petition, under Local Rule 83-123(f), it shall be related to the new action, Cr 16-0102.  The Court additionally finds that the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.  The parties should be aware that relating the cases under Local Rule 83-123(f) merely has the result that the actions are assigned to the same judge.  No consolidation of the actions is effected.  Under the regular practice of this court, related cases arising

Motion to Relate Cases and Order (proposed)　　　　　　　　　　　　　　　　　　　　　3

from a supervised release violation petition are assigned to the judge to whom the action containing new charges was assigned.

    IT IS THEREFORE ORDERED that the actions are assigned and related to U.S. District Court Judge Burrell, for all further proceedings.  Henceforth, the caption on documents filed in the cases shall show the initials "GEB".  The United States' request to withdraw its 5/16/16 motion to relate cases is granted.

    IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

    IT IS FURTHER ORDERED that the clerk of the Court (1) VACATE STATUS HEARINGS ON 6/23/16 BEFORE HON. WILIAM B. SHUBB AND (2) PLACE EACH MATTER ON CALENDAR OF HON. GARLAND E. BURRELL ON 5/27/16.

Dated:  May 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge