PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.  2:16-CR-102-GEB |
| | ) | Case No.  2:11-CR-355-GEB |
| v. | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER TO |
| MATTHEW GENE BALLARD, | ) | SET CHANGE OF PLEA AND ADMIT AND |
| Defendant. | ) | DENY HEARING |
| | ) | |
| | ) | DATE:   February 10, 2017 |
| | ) | TIME:   9:00 am |
| | ) | JUDGE:  Hon. Garland E. Burrell, Jr. |
| | ) | |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney Michelle Rodriguez, and Defendant Matthew G. Ballard, through his attorney Olaf W. Hedberg, hereby stipulate and agree to set a change of plea and the admit and deny hearing on February 10, 2017 at 9:00 a.m. before this Court.

///

///

///

///

///

///

STIPULATION AND PROPOSED ORDER

1

Because this matter has been set for trial on August 8, 2017, speedy trial time has previously been excluded until August 8, 2017 under 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

Dated:  January 25, 2017 PHILLIP A. TALBERT
United States Attorney

/s/ MICHELLE RODRIGUEZ
MICHELLE RODRIGUEZ
Assistant United States Attorney

Dated:  January 25, 2017 /s/ OLAF W. HEDBERG
OLAF W. HEDBERG
Counsel for Defendant
Matthew Gene Ballard

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　v.<br><br>MATTHEW GENE BALLARD,<br>　　　Defendant. | )<br>)  Case No.  2:16-CR-102-GEB<br>)  Case No.  2:11-CR-355-GEB<br>)<br>)  ORDER<br>)<br>)  DATE:    February 10, 2017<br>)  TIME:     9:00 am<br>)  JUDGE:  Hon. Garland E. Burrell, Jr.<br>)<br>)<br>)<br>) |

**ORDER**

A status hearing is scheduled to commence at 9:00 a.m. on February 10, 2017.

Dated: January 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge