UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　v.<br><br>MATTHEW GENE BALLARD,<br><br>　　　　　Movant. | No. 2:16-cr-0102 GEB CKD<br><br><br>ORDER |

Movant is a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 41.) He has also filed an application to proceed in forma pauperis. (ECF No. 42.) Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent will be required to respond to the § 2255 motion. Because there is no filing fee associated with a § 2255 motion, movant's motion to proceed in forma pauperis will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion to proceed in forma pauperis (ECF No. 42) is denied as moot.

2. Respondent is directed to file an answer to the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 within sixty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

////

3. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

IT IS SO ORDERED.

Dated: May 1, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.206