UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>MATTHEW GENE BALLARD,<br><br>  Movant. | No. 2:16-cr-0102 GEB CKD<br><br><br>ORDER |

Movant is a federal prisoner proceeding on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. After respondent filed a notice that a complaint had been filed against one of the law enforcement officers who participated in the investigation against movant (ECF No. 57), the court appointed counsel "for the limited purpose of ascertaining respondent's position on, assessing the effect of, and, if necessary, conducting negotiations with respondent related to the effect of the charges against the investigating officer on movant's conviction" (ECF No. 62 at 2). Movant's counsel was required to file a status report advising the court whether his assessment had been completed and whether negotiations with respondent, if any, had concluded or were ongoing. (Id.)

Movant's counsel has now filed a status report in which, due to the approximately six-month leave being taken by the currently assigned Assistant United States Attorney, he requests either (1) a six-month extension of time to file a supplemental status report or (2) that movant be

1

permitted to amend the § 2255 motion, investigate, and then potentially engage in discovery when AUSA Rodriguez returns from leave. (ECF No. 65.) In light of the information reported in movant's status report, the undersigned has determined that this case would benefit from a status conference at which counsel for both movant and respondent are present.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is set for a status conference on April 3, 2019, at 10:00 a.m. in Courtroom 24 before the undersigned.

2. Counsel for both movant and respondent shall appear and be prepared to discuss the status of this case and how it should proceed.

Dated: March 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.status.conference