UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br><br>Movant. | No. 2:16-cr-0102 GEB CKD<br><br><br><br>ORDER |

This matter came before the court on a status conference regarding the effect of the government's notice of complaint (ECF No. 57) on movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 53). Michelle Rodriguez appeared on behalf of the respondent, and Michael Bigelow appeared on behalf of the movant.

Movant was previously appointed counsel "for the limited purpose of ascertaining respondent's position on, assessing the effect of, and, if necessary, conducting negotiations with respondent related to the effect of the charges against the investigating officer on movant's conviction." (ECF No. 62 at 2.) The court has determined that this appointment should be expanded to include amending the motion to vacate and during the status conference counsel advised that he would be willing to accept the expanded appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. The appointment of movant's counsel is expanded to include amending the motion to

1

vacate.

2. Movant shall have sixty days to file an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, with leave to seek an extension of time if needed.

3. A briefing schedule will issue upon filing of the amended motion.

Dated: April 4, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.ord