**MICHAEL B. BIGELOW**
Attorney at Law  SBN 65211
331 J Street, Suite 200
Sacramento, CA 95814
(916) 443-0217
LawOffice.mbigelow@gmail.com

Attorney for Mathew Ballard

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 16-Cr.S-102 GEB CKD |
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST AND ORDER FOR EXTENSION |
| v. | ) | OF TIME TO FILE AMENDED MOTION |
| | ) | |
| MATHEW BALLARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**Background**

By this Court's previous order a movant's amended motion in the above captioned matter is due to be filed on July 8, 2019. For the following reasons, movant is requesting a 60 day extension of time to file said amended motion, up to and including August 5, 2019. Undersigned has exchanged emails with AUSA Michelle Rodriguez explaining my request and she has graciously stated that she has no objection.

**Reasons for Request**

First, please note that in movant's first request for an extension of time, granted by this Court to July 8, 2019, movant had intended to ask for a 60 day extension of time, and had made reference to a 60 day extension – agreed to by Ms. Rodriguez - but erroneously entered only 30 days in the body of the request.

This additional 60 day request for an extension of time is brought about because in the past 30 days I have continue to work on the Opening Brief in United States v. Lampkin which was due in the 9th Circuit in the latter part of June. The matter is extremely complicated in that trial counsel made six separate motions to suppress in the district court, raising myriad issues not all of which are interrelated, among other complex issues involving sentencing. My work in that matter is not complete, necessitating an extension of time. I have also been working on the opening brief in the matter of the United States v. Her, an appeal in which the AOB which I will file by the middle of this month. In addition, I filed the Reply Brief in the matter of the United States v. Keehn and thereafter, after much discussion with the Government prepared and filed a joint motion to vacate appellant's conviction and remand to the district court in order to permit appellant the opportunity to withdraw his plea of guilty. Finally,

the Fourth of July week and weekend has complicated matters with family obligations.

All of the forgoing having been said, an investigator has met with and interviewed a key witness and the results of that interview may affect the additional filings in this case.

Movant is in custody serving his sentence.

Dated: July 3, 2019                    Respectfully submitted,

                                       /s/ Michael Bigelow
                                       MICHAEL BIGELOW
                                       Attorney for Movant

**ORDER**

**IT IS SO ORDERD**

**Dated:  July 3, 2019**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE