UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-0102 GEB CKD |
|---|---|
| Respondent, | |
| v. | ORDER |
| MATTHEW GENE BALLARD, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, has filed another stipulated request for an extension of time to file an amended motion. (ECF No. 73.)

Good cause appearing, IT IS HEREBY ORDERED that the stipulated request for an extension of time is granted and movant shall have until September 5, 2019, to file an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

Dated: August 2, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.eot.stip

1