UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br><br>Movant. | No. 2:16-cr-0102 GEB CKD<br><br><br><br>ORDER |

Movant has requested that Exhibits J and M to his amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and Exhibit E to his motion for discovery be withdrawn and replaced with properly redacted versions of the exhibits. (ECF No. 79.) Copies of the properly redacted exhibits have been attached to the motion. (ECF Nos. 79-2, 79-3, 79-4.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's motion for a court order (ECF No. 79) is granted.

2. The Clerk of the Court is directed to seal Exhibits J (ECF No. 76-10) and M (ECF No. 76-13) to petitioner's amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and Exhibit E (ECF No. 78-5) to petitioner's motion for discovery.

////

////

////

1

3. Any further citation to those exhibits should be made by citing the redacted copies attached to the motion for court order (ECF Nos. 79-2, 79-3, 79-4).

Dated: August 29, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.redact