UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-0102 GEB CKD |
| Respondent, | |
| v. | ORDER |
| MATTHEW GENE BALLARD, | |
| Movant. | |

Movant, a federal prisoner proceeding through counsel, has filed an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 75) and a motion for discovery and an evidentiary hearing (ECF No. 77). Respondent is directed to respond to both the motion to vacate and motion for discovery within sixty days of the date of this order.

Respondent shall include with the answer to the motion to vacate any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, 28 U.S.C. foll. § 2255. Movant's traverse, if any, is due thirty days from the date respondent's answer is filed. Movant may reply in support of his motion for discovery within thirty days of the response to that motion.

IT IS SO ORDERED.

Dated: August 30, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.206

1