UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br><br>Movant. | No. 2:16-cr-0102 GEB CKD P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding through counsel, has filed a request for a protective order. (ECF No. 86.) The request seeks to limit the waiver of the attorney-client privilege under Bittaker v. Woodford, 331 F.3d 715 (9th Cir. 2003), "to conversations about the advice and/or information about plea negotiations with the government" and to restrict respondent's use of such information to opposing movant's § 2255 motion. (Id. at 1-2.)

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, respondent shall file a response to movant's request for a protective order. Movant may file a reply within seven days of the filing of a response.

Dated: December 4, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.briefing.sched

1