UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br><br>Movant. | No. 2:16-cr-0102 KJM CKD<br><br><br><br>ORDER |

Movant has requested a brief extension of time to respond and reply to respondent's motion to conduct discovery, response to the request for a protective order, request to seal, response and opposition to movant's request for discovery, and deposition and document production request to movant's trial counsel. (ECF No. 103.)

Good cause appearing, IT IS HEREBY ORDERED that movant's request for an extension of time (ECF No. 103) is granted and he shall have up to and including March 12, 2020, to file his responses and replies to the filings identified above.

Dated: March 5, 2020

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.eot.2d

1