UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br><br>Movant. | No.  2:16-cr-0102 KJM CKD<br><br><br><br>ORDER |

     Movant is a federal prisoner proceeding through counsel on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

     After movant's pro se motion to vacate was fully briefed, respondent filed a notice that a complaint had been filed against one of the enforcement officers who participated in the investigation of movant (ECF No. 57), prompting movant to request the appointment of counsel (ECF No. 60).  The request was granted and counsel was appointed.  (ECF Nos. 62, 64.)  Movant then proceeded to file an amended § 2255 motion and a motion for discovery (ECF Nos. 75-78), and respondent was ordered to respond to both motions (ECF No. 81).  This set off a flurry of filings from both parties starting with movant's request for a protective order (ECF No. 86) and ending with movant's supplemental motion for discovery and renewed request for an evidentiary hearing (ECF No. 106).  Given the numerous motions and requests pending and often combined briefing on the matters, the parties will be required to submit a five-page joint statement outlining

1  the issues and their positions.  The joint statement should make clear any issues on which the
2  parties are in agreement and must address movant's motion for discovery (ECF No. 77),
3  supplemental request for discovery (ECF No. 106), and request for a protective order (ECF No.
4  86); and respondent's motion for discovery (ECF No. 77) and request to seal (ECF No. 100).
5      Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this
6  order the parties shall submit a joint statement addressing the currently outstanding issues and
7  their positions on said issues as outlined above.
8  Dated:  June 10, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.joint.statement