UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-0102 KJM CKD |
|---|---|
| Respondent, | |
| v. | ORDER |
| MATTHEW GENE BALLARD, | |
| Movant. | |

Movant is a federal prisoner proceeding through appointed counsel on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. There are a number of motions pending before the court, and by order filed June 11, 2020, the parties were ordered to submit a joint statement, not to exceed five pages, that outlined the issues and their respective positions. (ECF No. 107.) The joint statement is currently due by July 2, 2020. (Id.) However, counsel for movant has now filed a motion to withdraw as attorney of record. (ECF No. 108.) Good cause appearing, the motion will be granted and the Federal Defender's Office will be directed to locate substitute counsel. The deadline for the parties to submit a joint statement will also be re-set.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel's motion to withdraw as attorney of record for movant (ECF No. 108) is granted and Michael Bigelow is removed as counsel of record for movant.

2. The Federal Defender is directed to locate substitute counsel to represent movant for

1

the previously outlined purpose (see ECF Nos. 62, 68).  Substitute counsel shall file a notice of appearance within thirty days of the filing of this order.

3. The Clerk of the Court is directed to serve a copy of the petition and this order on the Federal Defender, Attention: Habeas Appointment.

4. Movant's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

5. The deadline to file a joint statement as outlined in the June 11, 2020 order (ECF No. 107) is vacated and the parties shall file a joint statement within thirty days of the filing of a notice of appearance by substitute counsel.

Dated:  June 30, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.withdraw