IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-cr-0102 KJM CKD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| MATTHEW GENE BALLARD, | ) | |
| | ) | |
| Defendant. | ) | |

The Court relieved Michael B. Bigelow and ordered the Federal Defender to locate new counsel. CJA Panel attorney Barry Morris is hereby appointed effective June 30, 2020, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: July 6, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.sub.counsel