UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br><br>Movant. | No.  2:16-cr-0102 KJM CKD<br><br><br><br>ORDER TO SHOW CAUSE |

Movant is a federal prisoner proceeding through counsel on a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  By order filed June 30, 2020, the parties were directed to file a joint statement regarding their positions on discovery, as outlined in the June 11, 2020 order (ECF No. 107), within thirty days of the filing of a notice of appearance by movant's substitute counsel.  (ECF No. 109.)  Counsel filed a notice of appearance on July 31, 2020 (ECF No. 112); however, the parties have yet to file their joint statement.

Accordingly, IT IS HEREBY ORDERED that within ten days of the filing of this order, the parties shall show cause why sanctions should not be imposed for failing to comply with a court order and to file a timely joint statement.  Prompt filing of the required joint statement will be deemed full compliance with this order and will automatically discharge the order to show

////

////

1

cause.  Failure to timely comply with this order shall result in the imposition of appropriate sanctions.

Dated:  December 9, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.osc

2