UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br><br>Movant. | No. 2:16-cr-0102 KJM CKD<br><br><br><br>ORDER |

By order filed December 9, 2020, the parties were ordered to show cause why sanctions should not be imposed for failing to comply with a court order and file a timely joint statement. (ECF No. 115.) The parties were given the option to promptly file the joint statement as a way in which to achieve full compliance with the order and automatically discharge the order to show cause. (Id.) The parties have now filed a stipulation to extend the time for filing a joint status report, but fail to address why sanctions should not issue or request an extension of the deadline to show cause. (ECF No. 117.) Regardless, the parties shall be granted additional time to show cause why sanctions should not issue, and, as a result, the time to file a joint statement as the method by which to discharge the order to show cause shall also be extended.

Accordingly, IT IS HEREBY ORDERED that the parties stipulated motion for an extension of time (ECF No. 117) is granted and the parties shall have until December 28, 2020, to show cause why sanctions should not be imposed for failing to comply with a court order and to

1

file a timely joint statement.  Prompt filing of the required joint statement will be deemed full compliance with this order and will automatically discharge the order to show cause.  Failure to timely comply with this order shall result in the imposition of appropriate sanctions.

Dated:  December 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:ball0102.osc.eot

2