PHILLIP A. TALBERT
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>MATTHEW GENE BALLARD,<br><br>　　　　　Movant. | CASE NO. 2:16-CR-00102-KJM CKD<br><br><br>ORDER |

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised deposition and briefing schedule regarding Movant Ballard's demand for relief under 28 USC § 2255:

　　　　Mr. Olaf Hedberg's Deposition shall occur on or about October 20, 2021 at 1 pm at a location TBD.

　　　　Respondent's Answer shall be filed on or before December 15, 2021.

　　　　Movant's Traverse, if any, shall be filed on or before January 11, 2022.

Dated: October 7, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE