UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-0102 KJM CKD P |
| Respondent, | |
| v. | ORDER |
| MATTHEW GENE BALLARD, | |
| Movant. | |

     On August 25, 2021, the court granted respondent leave to take the deposition of movant's trial counsel Mr. Olaf Hedberg. Respondent was granted 45 days to complete the deposition. On October 8, 2021 the court extended the deadline for completion of the deposition, at the request of both parties, to October 20, 2021.

     On November 16, 2021, counsel for respondent informed the court that the deposition did not occur. Counsel indicates the reason the deposition did not occur is because counsel for movant informed counsel for respondent that he could not locate movant. According to counsel for respondent, counsel for movant was to inform counsel for respondent as soon as counsel for movant made contact with movant and, to date, counsel for movant has not contacted counsel for respondent. Federal Bureau of Prisons records reveal movant was released from prison on August 5, 2021, and movant has not provided a post-release address to the court.

/////

1

Inexplicably, counsel for respondent never filed a motion to compel as to the deposition before the expiration of the October 20, 2021 deadline. This being the case, Mr. Hedberg is no longer required to sit for deposition.

As for counsel for movant, IT IS HEREBY ORDERED that:

1. Counsel inform the court within 7 days whether he has been in contact with movant and whether he has a means of making contact with him now; and

2. If counsel cannot make contact with movant, counsel for movant shall, also within seven days, file a motion to withdraw which conforms with the Local Rule 182 of the court.

Dated: November 18, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ball0102.ord