UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>MATTHEW GENE BALLARD,<br><br>Movant. | No. 2:16-cr-0102 KJM CKD P<br><br><br>ORDER TO SHOW CAUSE |

Movant is a federal prisoner proceeding with a motion for habeas corpus relief pursuant to 28 U.S.C. § 2255. On October 8, 2021, the court ordered that respondent file an answer by December 15, 2021. Respondent has not complied. Good cause appearing, IT IS HEREBY ORDERED that respondent show cause by December 29, 2021 why sanctions should not be imposed for failure to file an answer by December 15, 2021.

Dated: December 20, 2021

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ball0102.osc