UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-102 KJM CKD P |
| Respondent, | |
| v. | ORDER |
| MATTHEW GENE BALLARD, | |
| Movant. | |

Movant, a federal prisoner, has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 7, 2022, the magistrate judge filed findings and recommendations recommending denial of respondent's motion to dismiss, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondent has filed objections to the findings and recommendations.[1]

---

[1] In respondent's objections to the magistrate judge's findings and recommendations, respondent takes issue with a ruling made by the magistrate judge, also on January 7, 2022, concerning discovery. The court does not address the magistrate judge's discovery ruling as it was appropriately made through an order and not findings and recommendations. Respondent has not moved to reconsider the order.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 7, 2022, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 130) is denied; and

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED:  March 22, 2022.

CHIEF UNITED STATES DISTRICT JUDGE