UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:16-cr-0102 KJM CKD P |
| Plaintiff-Respondent, | |
| v. | ORDER |
| MATTHEW GENE BALLARD, | |
| Defendant-Movant. | |

On November 4, 2022, Mr. Ballard filed a "Marsden Motion," requesting that his appointed counsel, Barry Morris, be relieved and that new counsel be appointed. (ECF No. 159.) At a hearing on Mr. Ballard's motion, held on November 15, 2022, the court relieved Mr. Morris and ordered the Federal Defender to identify new counsel to represent Mr. Ballard.  (ECF No. 161.) On November 16, 2022, Mr. Ballard filed a "Motion for Change of Counsel," asking that Mr. Morris be relieved, that he be permitted to proceed pro se, and that the court hold a detention hearing "so [Mr. Ballard] will have access to the same resources as the prosecution."  (ECF No. 162.) It appears that Mr. Ballard's motion was mailed before the hearing occurred, and at the

/////

/////

/////

/////

hearing Mr. Ballard made no mention of any desire to proceed pro se. For these reasons, IT IS HEREBY ORDERED that Mr. Ballard's "Motion for Change of Counsel" (ECF No. 162) is denied as moot.

Dated: November 17, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ball0102.mfc