COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
MATTHEW GENE BALLARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:16-cr-00102-KJM-CKD |
|---|---|---|
| Plaintiff-Respondent, | ) | **STIPULATION AND ORDER RE DESIGNATION OF COUNSEL** |
| vs. | ) | |
| MATTHEW GENE BALLARD, | ) | |
| Defendant-Movant. | ) | |

On November 15, 2022, the court ordered the Federal Defender to identify new counsel for Mr. Ballard to represent him in his 2255 and Supervised Release proceedings. (ECF No. 161.) Mr. Ballard is indigent and qualifies for appointed counsel under the Criminal Justice Act. (See Declaration of Chris Cosca attached hereto as Exhibit A.) The parties hereto request that the court appoint CJA attorney Benjamin Ramos to represent Mr. Ballard in his 2255 proceeding. Mr. Ballard and Attorney Benjamin Ramos consent to this representation. (BENJAMIN RAMOS (Bar No. 156643), Law Office of Benjamin Ramos, 705 E. Bidwell Suite 2-359, Folsom, CA 95630; telephone number (916) 358-9842.)

Mr. Ballard's father retained Chris Cosca to represent Mr. Ballard in the Supervised Release proceeding only. Mr. Ballard's father is unwilling to retain Mr. Cosca for the 2255 proceeding. Accordingly, the parties hereto request that the court designate attorney Chris Cosca as retained counsel for Mr. Ballard in his Supervised Release proceeding. Mr. Ballard and Attorney Cosca consent to this representation. (CHRIS COSCA (Bar No. 144546), Cosca Law Corporation, 1007 7th Street Suite 210, Sacramento, California, 95814; telephone number 916-440-1010.)

**SO STIPULATED.**

November 22, 2022                                                       /s/ Chris Cosca
                                                                        CHRIS COSCA
                                                                        Attorney for Defendant,
                                                                        MATTHEW GENE BALLARD

November 22, 2022                                                       /s/ Benjamin Ramos
                                                                        BENJAMIN RAMOS
                                                                        Attorney for Defendant,
                                                                        MATTHEW GENE BALLARD

**ORDER**

**IT IS SO ORDERD.**

**Dated:  November 28, 2022**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE