UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-00102 KJM CKD P |
| Respondent, | |
| v. | <u>ORDER</u> |
| MATTHEW GENE BALLARD, | |
| Movant. | |

Movant, a federal prisoner, has filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2024, the magistrate judge filed findings and recommendations, which were served the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 4, 2024, are adopted in full;

2. Movant's amended motion for habeas corpus relief under 28 U.S.C. § 2255 (ECF No. 75) is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the civil companion case 2:18-cv-0271-KJM-CKD P.

DATED: September 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE